# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

APR 27 PM 3:04

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CLARISSA ZAVALA ,<br><br>　　　　　　　　　Defendant. | CASE NO. 17CR3723-DMS<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____　the Court has dismissed the case for unnecessary delay; or

_____　the Court has granted the motion of the Government for dismissal without prejudice; or

_____　the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

_____　a jury has been waived, and the Court has found the defendant not guilty; or

_____　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense(s) as charged in the Information:

　　　21 U.S.C. 952 and 960 as to Counts 1 and 2

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: APRIL 27, 2018

　　　　　　　　　　　　　　　　　　　　　　Hon. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE